Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
ANTIONETTE MARIE JAMES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIONETTE MARIE JAMES ) | Case No.: 2:16-cv-01666-AC |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND TIME |
| v. ) | TO FILE MOTION FOR SUMMARY |
| ) | JUDGMENT OR REMAND |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security. ) | (FIRST REQUEST) |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff Antionette Marie James and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from January 3, 2017 to January 31, 2017 for Plaintiff to file a motion for summary judgment or remand, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is plaintiff's first request for an extension.

///

-1-

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel lost a new associate that have been planned to take over part of the workload last week; counsel took off the last few days of the year for personal travel; counsel is finishing a Ninth Circuit brief due on Thursday this week; counsel finished a district court brief for the Central District today.

DATE: January 3, 2017   Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Lawrence D. Rohlfing*

BY: _____
Lawrence D. Rohlfing
Attorney for plaintiff Ms. Antionette Marie James


DATE:  January 3, 2017

PHILLIP A. TALBET
*United States Attorney*


/s/ *Urmila R. Taylor*

BY: _____
Urmila R. Taylor
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|


DATED:   January 4, 2017

IT IS SO ORDERED.   _____
THE HONORABLE ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-2-