BRIAN STRETCH, CSBN 163793
United States Attorney
DEBORAH STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
ADAM LAZAR, CSBN 237485
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone: 415-268-5601
    Fax: 415-744-0134
    Adam.Lazar@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE JAMES,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-01666-AC<br><br>**JOINT STUPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME** |

Defendant Nancy A. Berryhill,[1] Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Opposition to Plaintiff's Opening Brief, due on March 3, 2017, by 28 days, through and including Friday, March 31, 2017.  This is the Commissioner's first request for an extension of time in this matter.

An extension of time is needed in order to prepare Defendant's opposition because of the drafting attorney's exceptionally heavy workload during the month of February and the last week

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Stipulation for Extension of Time; 2:16-cv-01666-AC                                                           1

in particular, in which the attorney had another merits brief due while preparing for a forthcoming arbitration. This request is made in good faith with no intention to unduly delay the proceedings. Counsel's office conferred with Plaintiff's counsel, who had no objection to this request, on March 3, 2017.

Respectfully submitted this 3rd day of March, 2017.

Respectfully submitted,
BRIAN STRETCH
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX

By   /s/ *Adam Lazar*
ADAM LAZAR
Special Assistant U.S. Attorney

Attorneys for Defendant

### **ORDER**

IT IS SO ORDERED.

Date: March 6, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE