PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CA SBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ADAM LAZAR CA SBN 237485
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5601
    Facsimile: (415) 744-0134
    E-Mail: Adam.Lazar@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIONETTE JAMES,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:16-cv-01666-AC<br><br>**STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT** |

IT IS HEREBY STIPULATED, by and between Antoinette James (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), through

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1 their respective counsel of record, that this action be remanded for further administrative action
2 pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g),
3 sentence four.
4     On remand, the Commissioner will conduct any necessary further proceedings and issue
5 a new decision with evidentiary support for the findings.  The parties further request that the
6 Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against
7 Defendant, reversing the final decision of the Commissioner.

8 DATE:  March 31, 2017      Respectfully submitted,

9     PHILLIP A. TALBERT
10     Acting United States Attorney

11     /s/ *Adam Lazar*
    ADAM LAZAR
12     Special Assistant United States Attorney

13

14 DATE:  March 31, 2017      Respectfully submitted,

15     s/ *Lawrence D. Rohlfing*
    LAWRENCE D. ROHLFING
16     Attorney for Plaintiff
    (per email authorization)

17

18
                                  ORDER
19
20 PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22 DATED: April 3, 2017
    _____
23     ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28